UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JANNA R. CHAPARRO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-CV-02250-SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 13, 2010, to October 13, 2010.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs an extension because the case was recently reassigned, and Defense Counsel needs additional time to review the file and prepare a response in this matter.

///

///

///

///

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: September 7, 2010        /s/ *Lawrence D. Rohlfing*
                                (As authorized via e-mail)
                                LAWRENCE D. ROHLFING
                                Attorney for Plaintiff

Dated: September 7, 2010        BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/ Theophous H. Reagans*
                                THEOPHOUS H. REAGANS
                                Special Assistant United States Attorney

## ORDER

Upon the parties' stipulation, it is ORDERED that Defendant shall file his responsive brief **by no later than October 13, 2010.** All dates in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

**Dated:   September 14, 2010                     /s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE