# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNA R. CHAPARRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | Case No.: 1:09-cv-2250 SKO<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920.**<br><br>(Doc. 21) |

On April 8, 2011, the parties filed a stipulation for the award and payment of attorneys' fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), codified at 28 U.S.C. § 2412(d), and for costs pursuant to 28 U.S.C. § 1920. (Doc. 21.)

Based upon the parties' stipulation for the award and payment of EAJA fees, costs, and expenses, it is HEREBY ORDERED THAT fees and expenses in the amount of $3,550.00, as authorized by 28 U.S.C. § 2412, are awarded subject to the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated:   April 14, 2011　　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE